1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL CAPACITOR, INTERNATIONAL, INC., a Florida corporation, GENERAL CAPACITOR, LLC, and GENERAL CAPACITOR CO. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> LINDA ZHONG, <br><br> Defendant. | CASE NO.: 3:17-cv-00179-HSG <br><br> **ORDER GRANTING DEFENDANT LINDA ZHONG'S APPLICATION TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE** |

1  Defendant LINDA ZHONG applies for an order allowing her counsel to appear by
2  telephone at the Case Management Conference on February 14, 2017 at 2:00pm.
3  Whereas the Court finds that there is good cause to allow Defendant's counsel to appear
4  by telephone, NOW THEREFORE,

5

6  IT IS HEREBY ORDERED that Defendant LINDA ZHONG's counsel may appear by
7  telephone at the Case Management Conference on February 14, 2017 at 2:00pm.
8  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the
9  telephonic appearance.

10

11  DATED: February 7, 2017       By: *[signature]*
12                                    Hon. Haywood S. Gilliam, Jr.