1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GENERAL CAPACITOR, INTERNATIONAL, INC., a Florida corporation, GENERAL CAPACITOR, LLC, and GENERAL CAPACITOR CO. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> LINDA ZHONG, <br><br> Defendant. | CASE NO.: 3:17-cv-00179-HSG <br><br> **ORDER GRANTING DEFENDANT LINDA ZHONG'S APPLICATION TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE** |

[~~PROPOSED~~] ORDER GRANTING DEFENDANT LINDA ZHONG'S APPLICATION TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE

1  Defendant LINDA ZHONG applies for an order allowing her counsel to appear by
2  telephone at the Case Management Conference on February 28, 2017 at 2:00pm.
3  Whereas the Court finds that there is good cause to allow Defendant's counsel to appear
4  by telephone, NOW THEREFORE,
5
6  IT IS HEREBY ORDERED that Defendant LINDA ZHONG's counsel may
7  appear by telephone at the Case Management Conference on February 28, 2017 at
8  2:00pm.  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for
9  the telephonic appearance.
10
11 DATED: February 21, 2017          By: /s/ Haywood S. Gilliam, Jr.
                                          Hon. Haywood S. Gilliam, Jr.

**[PROPOSED] ORDER GRANTING DEFENDANT LINDA ZHONG'S APPLICATION TO
APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE**